JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IRMA GIL MEDINA BENAVENTE, | ) | Case No.: CV 20-6271-KS |
| Plaintiff, | ) | |
| | ) | ORDER AND JUDGMENT OF |
| vs. | ) | DISMISSAL |
| | ) | |
| ANDREW SAUL, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to the parties' Stipulation for Dismissal that was filed on March 26, 2021 (Dkt. No. 22), IT IS HEREBY ORDERED AND ADJUDGED that the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

DATE:    April 6, 2021

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

-1-